Case 3:23-cv-00403   Document 18   Filed on 04/05/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 05, 2024
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| **DESIREE BOCK** § | |
| *Plaintiff,* § | **CIVIL ACTION NO. 3:23-cv-00403** |
| § | |
| **VS.** § | |
| § | |
| **SHERRY STOCKWELL-TARRER,** § | |
| **RICHARD TARRER, TARRER** § | **JURY TRIAL DEMANDED** |
| **FAMILY LIMITED and** § | |
| **SOVEREIGN FINANCIAL GROUP,** § | |
| **INC.** § | |
| *Defendants.* | |

### DOCKET-CONTROL ORDER

This case will be controlled by the following schedule:

### DEADLINES

1. _July 1, 2024   **DEADLINE TO AMEND THE PLEADINGS.** Parties may amend pleadings by this date without leave of court, but only in compliance with Rule 6 in Judge Brown's procedures. If the plaintiff(s) file(s) an amended complaint by this date, the defendant(s) may file a responsive pleading in accordance with Fed. R. Civ. P. 15(a)(3). After expiration of this deadline, a party seeking to amend a pleading must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B).

2. July 1, 2024_   **DEADLINE TO ADD NEW PARTIES.** Unless a case has been removed from state court, new parties may be added by this date without leave of court. After the expiration of this deadline, a party seeking to add a new party must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B). The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties. **Note:** If a case has been removed from state court, a motion for leave must be filed seeking permission to add new parties.

3. November 15, 2024   Identification of **plaintiffs' experts** and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

4. December 15, 2024   Identification of **defendants' experts** and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

5. January 31, 2025   **COMPLETION OF DISCOVERY.** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would

not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

6. March 31, 2025  **DISPOSITIVE MOTIONS.**

7. June 6, 2025 **ALL OTHER PRETRIAL MOTIONS.**

8. June 13, 2025 **EXCHANGE PRETRIAL MATERIALS.** Parties should exchange and begin to confer on motions *in limine*, exhibit lists, and deposition designations.

9. June 20, 2025  **DOCKET CALL is set at 9:30 a.m.** All *Pretrial Filings* (exhibit list, witness list, etc.) required under Rule 11 of the Galveston District Court Rules of Practice must be filed at least one day before this date. At docket call, the court may announce rulings on any pending matters, ***the case will be set for trial on a date certain within the next 60 days***, and further pretrial orders may be issued.

Estimated Trial Time: _____ days.

SIGNED on ~~Galveston Island~~ this 5th day of April, 2024.

_____
ANDREW M. EDISON
UNITED STATES DISTRICT JUDGE